UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

     v

QUAIMME DAVIES
-------------------------------------------------X

**Jack B. Weinstein, Senior United States District Judge**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 0 1 2017 ★
BROOKLYN OFFICE

ORDER
CR17-0057

  Defendant's motion to stay his sentence of imprisonment and for release on bond pending appeal will be heard on January 25, 2018, at 10:30 a.m. in courtroom 10B South.

  Appointed counsel shall be present in person with the defendant at the hearing.

SO ORDERED

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 11/28/17